*Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent in both cases. Reported below: 378 F. 2d 259.

No. 444. COMMISSIONER OF INTERNAL REVENUE *v.* FREDERICK STEEL Co. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall* for petitioner. *Ralph P. Wanlass* for respondent.

No. 591. BIANCHI ET AL. *v.* GRIFFING ET AL., BOARD OF SUPERVISORS OF SUFFOLK COUNTY. C. A. 2d Cir. Certiorari denied. *Frederic Block* for Bianchi, and *Richard C. Cahn* for Sammis et al., petitioners.

No. 194, Misc. CAPSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 404, Misc. SCHAWARTZBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 478, Misc. BIVENS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 457, Misc. MEYER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 109. DOKES ET UX. *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III, Michael Meltsner* and *Anthony G. Amsterdam* for petitioners. *Joe Purcell,* Attorney General of Arkansas, and *R. D. Smith III,* Assistant Attorney General, for respondent.